IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN VANNOY,
                Plaintiff,

v.                                                          Civil Action No. 3:13-cv-797-JAG

THE FEDERAL RESERVE BANK
OF RICHMOND,
                Defendant.

## ORDER

This matter comes before the Court on the defendant's motion for summary judgment. (Dk. No. 58.)  For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the defendant's motion for summary judgment and accordingly DISMISSES the case with prejudice.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

                                                 /s/
                                    _____
                                    John A. Gibney, Jr.
                                    United States District Judge

Date: November 18, 2014
Richmond, VA